**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 0:19-cv-61783-UU

ELLIOT HICKEY,

    Plaintiff,

v.

STRALEY & OTTO, P.A.,

    Defendant.

_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*. The Court has reviewed the pertinent portions of the record and is otherwise fully advised in the premises. On July 16, 2019 Plaintiff filed his complaint alleging violations of the Fair Debt Collection Practices Act and the Florida Consumer Collection Practices Act. D.E. 1. As of the date of this Order, although Defendant's counsel has filed a notice of attorney appearance, Plaintiff has not filed a verified affidavit of service as to Defendant nor otherwise apprised the Court as to the status of service upon Defendant. Accordingly, it is

ORDERED AND ADJUDGED that Plaintiff shall show cause in writing as to his efforts in effecting service on Defendant by **Friday, August 9, 2019**. Alternatively, Plaintiff may file a verified return of service on Defendant by such date. **Failure to respond to this Order will result in dismissal of this action against Defendant without further notice.**

DONE AND ORDERED in Chambers at Miami, Florida, this _7th__ day of August, 2019.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided to: counsel of record