## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 0:19CV61783

Plaintiff:
**Elliot Hickey, individually and on behalf of all those similarly situated**

vs.

Defendant:
**Straley & Otto, P.A.**

For:
Jibrael Hindi
The Law Offices Of Jibrael S. Hindi, PLLC
jibrael@jibraellaw.com
110 SE 6th Street, 17th Floor
Ft. Lauderdale, FL 33301

Received by All Broward Process Corp on the 18th day of July, 2019 at 5:55 pm to be served on **Straley & Otto, P.A. c/o Elizabeth G. Trujillo, 2699 Stirling Road, Suite C207, Hollywood - Ft. Lauderdale, FL 33312**.

I, Susan Pineiro, do hereby affirm that on the **25th day of July, 2019** at **10:00 am**, I:

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action, Class Action Complaint Seeking Injunctive Relief and Statutory Damages, Exhibit, Civil Cover Sheet** with the date and hour of service endorsed thereon by me, to: **Sabrina Blanco** as **receptionist** for **Straley & Otto, P.A.**, at the address of: **2699 Stirling Road, Suite C207, Hollywood - Ft. Lauderdale, FL 33312**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
Server notes recipient was sitting at time of service.

**Description** of Person Served: Age: 31, Sex: f, Race/Skin Color: white, Height: /, Weight: /, Hair: brown, Glasses: y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing Return of Service and that the facts stated are true. Notary not required pursuant to F.S. 92.525(2).

**Susan Pineiro**
1065

**All Broward Process Corp**
701 N Fig Tree Lane
Plantation, FL 33317
(954) 214-5194

Our Job Serial Number: BPC-2019001935

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| ELLIOT HICKEY, individually and on behalf of all those similarly situated, | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No. 0:19cv61783 |
| STRALEY & OTTO, P.A., | ) ) ) ) |
| *Defendant(s)* | ) |

Handwritten: SDP  7/25/2019
1065  10:00 Am
Sabrina Blanco → Receptionist
W/F/31/ Brown Hair / glasses

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  STRALEY & OTTO, P.A.
c/o ELIZABETH G. TRUJILLO
2699 STIRLING ROAD, SUITE C207
HOLLYWOOD-FT. LAUDERDALE, FL 33312

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  The Law Offices of Jibrael S. Hindi, PLLC. 110 SE 6th St., Suite 1744, Fort Lauderdale, FL 33301. Phone: (844)542-7235 Email: tom@jibraellaw.com Fax: (855) 529-9540

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: Jul 17, 2019

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Esperanza Buchhorst
Deputy Clerk
U.S. District Courts