**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 0:19-cv-61783-UU

ELLIOT HICKEY,

    Plaintiff,

v.

STRALEY & OTTO, P.A.,

    Defendant.

_____/

**ORDER**

The Initial Planning and Scheduling Conference in this matter is hereby re-set to **Friday, September 20, 2019**, at **10:30 a.m.**

DONE AND ORDERED in Chambers at Miami, Florida, this _26th_ day of August, 2019.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided to: counsel of record