# STRALEY | OTTO

December 18, 2018

Elliot Hickey, Jennifer Hickey,
and Mark Hickey
7081 Environ Blvd., #538
Lauderhill, FL 33319

245 De Levis
Montreal QC CA H3J 2X9

Re:    Environ Condominium I Association, Inc.
        UNPAID ASSESSMENTS - ACCOUNT NO: 538/HICKEY
        PROPERTY ADDRESS:.7081 Environ Blvd., #538, Lauderhill, FL 33319

Dear Mr. Hickey, Mrs. Hickey, and Mr. Hickey,

You are hereby notified that this office represents Environ Condominium I Association, Inc. as general counsel.

## NOTICE OF INTENT TO RECORD A CLAIM OF LIEN

RE: Unit 538, of Environ Condominium I Association, Inc.

The following amounts are currently due on your account to Environ Condominium I Association, Inc., and must be paid within 30 days after your receipt of this letter. This letter shall serve as the Association's notice of intent to record a Claim of Lien against your property no sooner than 30 days after your receipt of this letter, unless you pay in full the amounts set forth below:

| | |
|---|---|
| 1. Maintenance due (after partial payment) 10/1/18 | $627.00 |
| 2. Courier fee 12/17/18 | $15.00 |
| 3. Certified mail charges / Postage 12/18/18 | $26.00 |
| 4. Attorney fee - Demand letter 12/18/18 | $285.00 |
| TOTAL OUTSTANDING: | $953.00 |



2699 STIRLING ROAD, SUITE C-207, FORT LAUDERDALE, FL 33312
954-962-7367    STRALEYOTTO.COM    305-893-0566

Mr. Hickey, Mrs. Hickey, and Mr. Hickey
December 18, 2018
Page 2 of 2

In the event that you do not make payment of the Total Outstanding, as indicated above, in the form of a cashier's check or money order(s) payable to STRALEY | OTTO, Trust Account, or dispute the validity of this debt by no later than thirty (30) days from your receipt of this letter, the Association intends to record the Claim of Lien, as indicated above. Be advised that, if the Association is required to proceed with the Claim of Lien, you will be responsible for the attorneys' fees and costs incurred in this regard. In the event that additional maintenance/assessments come due by the time you make payment of the sum set forth above, these additional amounts must be paid as well.

I HEREBY CERTIFY that the original hereof was deposited in the U.S. mail, certified mail #7018 0040 0000 6238 4342 return receipt requested, postage prepaid this day, and a copy hereof sent by regular mail this day or one day subsequent hereto.

[✓] DANIEL A. WEBER, ESQ.
[ ] BRIAN T. MEANLEY, ESQ.
[ ] STEPHEN J. STRALEY, ESQ.
[ ] CHARLES F. OTTO, ESQ.
STRALEY | OTTO
DAW/BTM/SJS/CFO/tc

In compliance with 15 U.S.C.S §1692(g)(a) the aforementioned attorney is attempting to collect a debt and any information obtained thereto will be used for that purpose. The above referenced Association is the creditor to whom the debt is owed. Unless you, the debtor, within thirty (30) days after receipt of this notice, dispute the validity of the aforesaid debt or any portion thereof, the aforementioned attorney will assume that said debt is valid. If you notify the aforementioned attorney in writing within the said thirty (30) day period that the aforesaid debt, or any portion thereof, is disputed, the aforementioned attorney shall obtain written verification of the said debt and mail same to you.