UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:19-cv-61783-UU

ELLIOT HICKEY,

    Plaintiff,

v.

STRALEY & OTTO, P.A.,

    Defendant.

_____/

**ORDER**

THIS CAUSE comes before the Court upon Defendant's Motion to Dismiss Complaint and Incorporated Memorandum of Law (the "Motion"). D.E. 11. The Court has considered the pertinent portions of the record and is otherwise fully advised in the premises. On August 15, 2019, Defendant moved to dismiss Plaintiff's putative class action complaint as insufficiently pled. D.E. 11. On August 30, 2019, Plaintiff filed his amended complaint, D.E. 14, rendering Defendant's Motion moot. Accordingly, it is hereby

ORDERED AND ADJUDGED that the Motion, D.E. 11, is DENIED AS MOOT. Defendant SHALL RESPOND to Plaintiff's amended complaint. D.E. 14, by **September 13, 2019.** **FAILURE TO RESPOND BY THIS DATE WILL RESULT IN A CLERK'S ENTRY OF DEFAULT WITHOUT FURTHER NOTICE.**

DONE AND ORDERED in Chambers at Miami, Florida, this _30th_ day of August, 2019.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record